```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

G&F GRAPHIC SERVICES, INC.,     :    Civil No. 13-6482 (JEI/AMD)
                                :
        Plaintiff,              :
                                :    ORDER DENYING DEFENDANTS'
        v.                      :    MOTION TO DISMISS (Docket #7)
                                :
GRAPHIC INNOVATORS, INC.;       :
and SCOTT KILEY,                :
                                :
        Defendants.             :
```

**APPEARANCES**:

PEPPER HAMILTON
By:  Jonathan Preziosi, Esq.
     William Gibson, Esq.
301 Carnegie Center
Princeton, New Jersey 08543
          Counsel for Plaintiff

REED SMITH LLP
By:  Daniel Mateo, Esq.
     Amy McVeigh, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
          Counsel for Defendants


**IRENAS,** Senior United States District Judge:

   This matter having come before the Court on Defendants' Motion to Dismiss (Docket #7); the Court having considered the parties' submissions, and for the reasons set forth in the accompanying Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing,

1

**IT IS** on this 8th day of May, 2014,

**ORDERED THAT:**

Defendants' Motion to Dismiss (Docket #7) is hereby **DENIED.**

   s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.
