UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| G&F GRAPHIC SERVICES, INC. (T/A INSERTS EAST), | Civil Action No. 1:13-cv-06482-JEI-AMD |
| Plaintiff, | The Hon. Joseph E. Irenas, U.S.D.J. |
| | The Hon. Ann Marie Donio, U.S.M.J. |
| v. | |
| GRAPHIC INNOVATORS, INC. and SCOTT KILEY, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff G&F Graphic Services, Inc. (t/a Inserts East) and Defendants Graphic Innovators, Inc. and Scott Kiley (collectively "Defendants") having resolved, compromised and settled the above-captioned action (the "Litigation"), without admission of fault or liability pursuant to a confidential Settlement Agreement and Release (the "Settlement"),

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

1. The above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and

2. This Court will retain jurisdiction over both Parties and the subject matter of the Litigation for the sole purpose of enforcing the terms of the Settlement, if necessary; and

3. The parties have agreed to bear their own attorney fees and costs, so that there will be no cost bills or attorney fees motions in this case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED: August 29, 2014      REED SMITH LLP

By   /s/ Daniel Mateo
Daniel Mateo
Attorneys for Defendants
*Graphic Innovators, Inc. and Scott Kiley*

DATED: August 29, 2014      PEPPER HAMILTON LLP

By   /s/ Jonathan Preziosi
Jonathan Preziosi
Attorneys for Plaintiff
*G&F Graphic Services, Inc. (t/a Inserts East)*

The Clerk of Court is hereby directed to CLOSE THIS FILE

It is on this _4th_ day of _September_ so ORDERED,

_____
The Honorable Joseph E. Irenas, U.S.D.J.

- 2 -